1049-15

COA # 08-13-00308-CR  OFFENSE: 22.02

STYLE: Alfred Charles Green v. The State of Texas  COUNTY: Collin

AFFIRM

COA DISPOSITION: 5/13/15  TRIAL COURT: 366th District Court

DATE:  Publish: <u>NO</u>  TC CASE #: 366-82982-2011

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Alfred Charles Green v. The State of Texas  CCA #: 1049-15

_APPELLANT'S_ Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_REFUSED_  JUDGE: _____

DATE: 11/04/2015  SIGNED: _____  PC: _____

JUDGE: _____  PUBLISH: _____  DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____